# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| MARY BASWELL,<br><br>       Plaintiff,<br><br> v.<br><br>GC SERVICES, LP,<br><br>       Defendant. | Civil Action No.: 3:13-cv-00004-MPM-SAA<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

      Pursuant to Federal Rule of Civil Procedure 68, Plaintiff, MARY BASWELL ("Plaintiff"), through her attorneys, accepts Defendant's, GC SERVICES, LP ("Defendant"), Offer of Judgment in the amount of $3,300.00. *See* Defendant's Offer of Judgment attached hereto as Exhibit A.

      Accordingly, Plaintiff further requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: March 13, 2013         RESPECTFULLY SUBMITTED,

                                      KROHN & MOSS, LTD.

                                    By: /s/ Shireen Hormozdi

                                    Shireen Hormozdi, Esq.
                                    Attorney for Plaintiff
                                    Krohn & Moss, Ltd.
                                    10474 Santa Monica Blvd., Suite 401
                                    Los Angeles, CA 90025
                                    Tel: (323) 988-2400 x 267
                                    Fax: (866) 385-1408
                                    Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2013, I electronically filed the foregoing Notice of Acceptance with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

          By:    /s/ Shireen Hormozdi

                  Shireen Hormozdi, Esq.
                  Attorney for Plaintiff
                  Krohn & Moss, Ltd.
                  10474 Santa Monica Blvd., Suite 401
                  Los Angeles, CA 90025
                  Tel: (323) 988-2400 x 267
                  Fax: (866) 385-1408
                  Email: shormozdi@consumerlawcenter.com