UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| MARY BASWELL,<br><br>       Plaintiff,<br><br>  v.<br><br>GC SERVICES, LP,<br><br>       Defendant. | Civil Action No.: 3:13-cv-00004-MPM-SAA<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT** |

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff, MARY BASWELL ("Plaintiff"), respectfully request for an entry of Judgment against Defendant's, GC SERVICES, LP ("Defendant"), in the amount of $3,300.00, pursuant to the Notice of Acceptance to Defendant's Offer of Judgment. *See* Doc. 8.

The proposed Judgment in a Civil Action (Form AO 450) is attached hereto, to be entered by the Clerk of the Court.

DATED: March 28, 2013               RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                                        By: /s/ Shireen Hormozdi

                                        Shireen Hormozdi, Esq.
                                        Attorney for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 405
                                        Los Angeles, CA 90025
                                        Tel: (323) 988-2400 x 267
                                        Fax: (866) 385-1408
                                        Email: shormozdi@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

      By:      /s/ Shireen Hormozdi

                  Shireen Hormozdi, Esq.
                  Attorney for Plaintiff
                  Krohn & Moss, Ltd.
                  10474 Santa Monica Blvd., Suite 405
                  Los Angeles, CA 90025
                  Tel: (323) 988-2400 x 267
                  Fax: (866) 385-1408
                  Email: shormozdi@consumerlawcenter.com