AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Mary Baswell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:13-cv-00004-MPM-DAS |
| GC Services, LP | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Mary Baswell recover from the defendant *(name)* GC Services, LP the amount of Three Thousand Three Hundred dollars ($ 3,300.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/8/13

David Crews,
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*